UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISCOVER GROWTH FUND, LLC, and ANTILLES FAMILY OFFICE, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> CAMBER ENERGY, INC., <br><br> *Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-CV-755 |

# VERIFIED COMPLAINT

Plaintiffs Discover Growth Fund, LLC ("Discover") and Antilles Family Office, LLC ("Antilles") (collectively, "Plaintiffs") file this Verified Complaint and respectfully state as follows:

## I.   SUMMARY OF ACTION

1. Defendant Camber Energy, Inc. ("Camber") is an oil and gas company located in Houston, Texas.  Camber is a public company whose stock is publicly traded on the NYSE American stock exchange ("Principal Market") under the ticker symbol CEI.

2. Plaintiffs are investors that entered into Stock Purchase Agreements with Camber, pursuant to which they purchased shares of convertible preferred stock from Camber in exchange for millions of dollars.

3. In order to allow the common shares to be resold in compliance with federal securities laws, Camber agreed that it would timely file all reports required to be filed with the

1

Securities and Exchange Commission ("SEC") pursuant to the Securities Exchange Act of 1934 (the "Exchange Act"). If Camber abides by its contractual and statutory obligations, then Plaintiffs can convert this preferred stock into common stock and sell it on the Principal Market.

4.     Camber has not abided by its reporting obligations, thereby preventing Plaintiffs from obtaining the benefit of their bargain. Plaintiffs have been injured by Camber's contractual breaches and seek damages and equitable relief.

## II.   PARTIES

5.     Plaintiff Antilles is an LLC organized under the laws of the United States Virgin Islands ("USVI") with its principal place of business in St. Thomas, USVI. The sole member of Antilles is Discover Fund Management, LLLP, a USVI limited liability limited partnership, whose general partner is Discover Fund Management, Inc., a USVI corporation with its principal place of business in the USVI, and whose limited partners are all natural persons who permanently reside in the USVI. Antilles is a citizen of the USVI.

6.     Plaintiff Discover is an LLC organized under the laws of the United States Virgin Islands ("USVI") with its principal place of business in St. Thomas, USVI. The sole member of Discover is Discover Fund Management, LLLP, a USVI limited liability limited partnership, whose general partner is Discover Fund Management, Inc., a USVI corporation with its principal place of business in the USVI, and whose limited partners are all natural persons who permanently reside in the USVI. Discover is a citizen of the USVI.

7.     Upon information and belief, defendant Camber is a Nevada corporation with its principal place of business in Houston, Texas, and is a citizen of Texas. It may be served with process through its registered agent, Incorp Services, Inc., 815 Brazos, Ste 500, Austin, TX, 78701.

### III.     VENUE AND JURISDICTION

8.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between Plaintiffs and Camber, and the amount in controversy exceeds $75,000.00.

9.     Venue properly lies in the Southern District of Texas pursuant to 28 U.S.C. § 1391(b)(1).

10.    This Court has personal jurisdiction over Camber because Camber has transacted and is transacting business in the State of Texas and in this judicial district.

### IV.     BACKGROUND FACTS

**A.     Plaintiffs Enter Agreements to Purchase Convertible Stock from Camber**

11.    On or about June 22, 2020, defendant Camber entered into a Stock Purchase Agreement with plaintiff Discover (the "Discover SPA") (attached as <u>Exhibit 1</u>). Pursuant to the Discover SPA, Discover purchased 630 shares of Camber's Series C Redeemable Convertible Preferred Stock ("Series C Preferred") in exchange for $6,000,000.00 in cash. There are currently 30 share of Series C Preferred shares remaining under the Discover SPA.

12.    On or about July 9, 2021, Camber entered into a Stock Purchase Agreement with plaintiff Antilles (the "Antilles SPA 1") (attached as <u>Exhibit 2</u>). Pursuant to the Antilles SPA 1, Antilles purchased 1,575 shares of Camber's Series C Redeemable Convertible Preferred Stock in exchange for $15,000,000.00 in cash.

13.    On or about December 30, 2021, Camber entered another Stock Purchase Agreement with Antilles (the "Antilles SPA 2" (attached as <u>Exhibit 3</u>), and together with the SPA and Antilles SPA 1, the "SPAs"). Pursuant to the Antilles SPA 2, Antilles purchased 10,544 shares

of Camber's Series G Redeemable Convertible Preferred Stock ("Series G Preferred") in exchange for $5,000,000.00 in cash and $95,000,000.00 in secured promissory notes.

14. As set forth in the Certificate of Designations of Preferences and Rights of the Series C Preferred and Series G Preferred Stock (the "Series C COD" and "Series G COD," respectively) (attached as Exhibits 4 and 5), the preferred stock can be converted into free trading shares of Camber common stock, which can then be resold into the Principal Market, enabling Plaintiffs to recoup their investment and, hopefully, earn a profit.

15. Pursuant to Section 8(a) of each of the CODs, in order to ensure that the stockholder does not become an affiliate of Camber or subject to reporting obligations, conversions are limited to a maximum of 9.99% of Camber's total outstanding shares at one time.

16. As a public company, Camber is required to file adequate public information with the SEC pursuant to the Exchange Act. These filings are necessary in order to enable stockholders to resell their shares of common stock of Camber in compliance with the federal securities laws.

17. Pursuant to Section 4(B) of the Discover SPA and Antilles SPA 1, and Section 5(B) of Antilles SPA 2, Camber agreed that it "will timely file all reports required to be filed by [Camber] pursuant to the Exchange Act. As long as Investor owns any Shares, [Camber] will prepare and make publicly available such information as is required for Investor to sell its Conversion Shares under Rule 144."

18. Rule 144 under the Securities Act of 1933 provides a safe harbor that would allow plaintiffs to convert their preferred shares into common stock, and sell the common stock in the public market—provided that Camber has complied with its periodic reporting requirements under the Exchange Act. 17 CFR § 144(c). If Camber is not current in its filings, Plaintiffs are not able to rely on Rule 144 to sell their shares.

**B.     Camber Breaches Its Reporting Obligations and Prevents Plaintiffs from Obtaining the Benefit of their Bargains**

19.     Camber has not filed a Form 10-K since June 2020, and has not filed a Form 10-Q since December 2020 and has not filed. Consequently, Plaintiffs are unable to obtain the benefit of their bargain by converting preferred shares to common shares and selling them in the Principal Market in reliance on Rule 144.

20.     In addition, Camber's failure to file current public reports is a violation of its obligations under the requirements of the Principal Market to maintain its public listing. The Principal Market has repeatedly agreed to extend Camber's deadline for filing its delayed reports, but Camber has failed to get current.

**C.     Plaintiffs Repeatedly Agree to Forbear, and Camber Continues to Breach its Reporting Obligations**

21.     Plaintiffs have been extraordinarily patient in giving Camber time to meet its obligations. Each of Antilles and Discover entered into four separate forbearance agreements with Camber, dated from July 9, 2021 to December 24, 2021, relating to Camber's breaches of its timely reporting obligations. These forbearance agreements ("Forbearance Agreements") are attached hereto as <u>Exhibits 6</u> through <u>9</u>.

22.     In the Forbearance Agreements, Camber admits that it materially breached Section 4(B) of the Discover SPA and Antilles SPA 1 by failing to timely file its reports under the Securities Exchange Act. In the same agreements, Camber admits that Plaintiffs have "fully and completely complied" with their obligations under those SPAs, as well as the Series C COD.

## V. CAUSES OF ACTION

### A. Breach of Contract

23. Plaintiffs reallege and incorporate by reference the foregoing paragraphs as if set forth fully herein.

24. Each of the SPAs is an enforceable agreement. Pursuant to the SPAs, Camber is obligated to file current financial information under Rule 144, and all reports required to be filed with the SEC pursuant to the Exchange Act.

25. By its actions and omissions as alleged above, including by failing to file the necessary financial information and reports with the SEC, Camber has materially breached its contractual obligations to Plaintiffs under the SPAs and continues to do so.

26. Plaintiffs have fully performed their obligations under the SPAs, including paying Camber over $25 million in cash.

27. As a direct and proximate consequence of Camber's breach of contract, Plaintiffs have suffered damages and continue to suffer irreparable injury.

## VI. PRAYER

**WHEREFORE**, Plaintiffs respectfully request judgment against Camber, an order directing Camber to immediately file all public reports required by the SPAs and the Exchange Act, damages in an amount proven, pre- and post-judgment interest, costs of court, reasonable attorneys' fees, and such other and further relief as the Court may deem just and proper.

Dated: March 9, 2022

Respectfully submitted,

**EDMUNDSON SHELTON WEISS PLLC**

By: /s/ Ryan T. Shelton
Ryan T. Shelton (24037484)
Attorney-in-Charge

Jesse Z. Weiss (24013728; seeking renewal of S.D. Tex. membership)
317 Grace Lane, Suite 210
Austin, Texas 78746
Telephone: (512) 596-3058
Facsimile: (512) 532-6637
Email: ryan@eswpllc.com
jesse@eswpllc.com

**ATTORNEYS FOR PLAINTIFFS**

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning Antilles and Discover are true and correct, and I have personal knowledge of the same.

Sheniqua Rouse-Pierre
Treasurer of General Partner of Sole Member
Discover Growth Fund, LLC and Antilles Family Office, LLC

7